United States District Court
Northern District of California

United States District Court
Northern District of California

CHARLOTTE PENERMON,

          Plaintiff,

    v.

WELLS FARGO, N.A., et al.,

          Defendants.

Case No.: CV 14-00065-KAW

ORDER REGARDING DEFENDANT WELLS FARGO, N.A.'S UNUSABLE CHAMBERS COPY OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF WELLS FARGO'S MOTION TO DISMISS

(Dkt. No. 15)

PLEASE TAKE NOTICE that the chambers copy of Defendant Wells Fargo, N.A.'s Request for Judicial Notice in support of its motion to dismiss (Dkt. No. 15) was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐     consists of a stack of loose paper wrapped with a rubber band;

☐     consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐     is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒     has no tabs for the voluminous exhibits;

☐     includes exhibits that are illegible;

☐     includes exhibits that are unreadable because the print is too small;

☐     includes text and/or footnotes in a font smaller than 12 point;

☐     includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐     is not usable for another reason –

1    The paper used for the above-described chambers copy has been recycled by the court.

2   Wells Fargo shall submit a chambers copy in a format that is usable by the court no later than

3   **March 5, 2014**.

4    IT IS SO ORDERED.

5   Dated: February 26, 2014

6   

7   _____
KANDIS A. WESTMORE
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2