1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | CHARLOTTE PENERMON, an individual, | CASE NO.: 4:14-CV-00065-KAW
12 | | [The Honorable Kandis A. Westmore]
13 | Plaintiff, | **ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**
14 | v. |
15 | |
16 | WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., a business entity, and DOES 1 through 50, inclusive, | Date:  July 1, 2014
17 | | Time:  1:30 p.m.
18 | | Ctrm:  3, 3rd Floor
    | Defendants. |
19
20
21

22   The Court, having read the request by Defendant WELLS FARGO BANK, N.A.,

23 successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia

24 Mortgage, FSB, formerly known as World Savings Bank, FSB (sued as WELLS FARGO HOME

25 MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.) ("Wells Fargo") that its

26 counsel be permitted to appear telephonically at the Case Management Conference on July 1,

27 2014 of the above-entitled Court, and good cause showing:

28 / / /

1  **IT IS ORDERED:**

2  Counsel for Wells Fargo's request to appear telephonically at the case management

3  conference is granted. Counsel shall contact Court Call at 1-888-582-6878 to make

4  arrangements by telephone.

5  Dated:  6/30/14

                                                               */s/ Kandis Westmore*

6  KANDIS A. WESTMORE
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Plaintiff:*

Matthew D. Mellon
Eunji Cho
Sara E. Adelaars
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA  94402
Tel:  (650) 638-0120 | Fax:  (650) 638-0125

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **June 30, 2014**.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |