1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE PENERMON, an individual, | CASE NO.: 4:14-CV-00065-KAW |
| Plaintiff, | [Hon. Kandis A. Westmore] |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT** |
| WELLS FARGO HOME MORTGAGE, a DIVISION OF WELLS FARGO BANK, N.A.; a business entity; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court, having reviewed the Joint Stipulation to extend time to respond to the second amended complaint and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

The deadline for Wells Fargo to respond to the Second Amended Complaint is extended one week from July 9, 2014 to July 16, 2014.

**IT IS SO ORDERED.**

Dated:  7/10/14

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE