|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION |

| | |
|---|---|
| CHARLOTTE PENERMON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 4:14-CV-00065-KAW<br><br>[The Honorable Kandis A. Westmore]<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed the Stipulation to extend the deadline for completion of mediation and to continue the case management conference, and GOOD CAUSE APPEARING PURSUANT TO STIPULATION hereby orders that:

1. The deadline to complete mediation be continued from September 22, 2014 to October 23, 2014; and

2. The case management conference be continued to November 4, 2014.

**IT IS SO ORDERED.**

Dated: 9/23/14

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE