Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

Attorneys for Plaintiff,
CHARLOTTE PENERMON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE PENERMON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.,; a business entity; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.:  4:14-CV-00065-KAW<br><br>~~PROPOSE~~D ORDER ON PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY<br><br>Date:   November 4, 2014<br>Time:  1:30 p.m.<br>Judge: Hon. Kandis A. Westmore<br>Ctrm:   4, 3rd Floor |

The Court, having read and considered Plaintiff CHARLOTTE PENERMON's request for telephonic appearance at the Case Management Conference scheduled for November 4, 2014 at 1:30 p.m., and good cause appearing, finds:

Plaintiff's Request for a Telephonic Appearance is GRANTED

ACCORDINGLY, IT IS ORDERED:

1. Plaintiff's counsel may appear by telephone at Case Management Conference, and
2. Counsel to arrange telephonic appearance with Court Call.

Dated: 11/3/14

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Kandis A. Westmore
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Magistrate Judge