IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE PENERMON, | No. C -14-00065 KAW (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| WELLS FARGO HOME MORTGAGE, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference is rescheduled to February 26, 2015, at 9:30 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.

Further settlement conference documents do not need to be lodged in advance of the conference, unless the parties wish to update the settlement conference documents that have already been lodged. Any update shall be delivered directly to Magistrate Judge Laporte's chambers on the 15th floor by February 16, 2015. All other provisions of the Court's November 13, 2014 Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's courtroom deputy at (415) 522-3694 if this case settles prior to the date set for settlement conference.

**IT IS SO ORDERED.**

Dated: January 28, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge