UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CHARLOTTE PENERMON, an individual, | CASE NO.: 4:14-CV-00065-KAW |
| Plaintiff, | [The Honorable Kandis A. Westmore] |
| v. | **ORDER ADOPTING JOINT STATUS REPORT AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., a business entity; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court, having reviewed the Joint Status Report, the Notice of Settlement (Doc. 63), and good cause appearing, finds as follows:

The Case Management Conference on calendar for March 24, 2015 shall be CONTINUED to May  26 , 2015 at 1:30 p.m. in courtroom 4 of the above-entitled Court.

**IT IS SO ORDERED.**

Dated:  3/6/15

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE