UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| CHARLOTTE PENERMON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., a business entity, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:14-cv-00065-KAW<br><br>[Assigned to the Hon. Kandis A Westmore]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to the terms of a confidential settlement agreement, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action against Wells Fargo is dismissed *with prejudice*;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: __3/25_____ , 2015

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*

Matthew D. Mellon, Esq.
Eunji Cho, Esq.
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA 94402
Tel: 650.638.0120 | Fax: 650.638.0125
Email: mellenlaw@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **March 24, 2015.**

| Barbara Cruz | /s/ Barbara Cruz |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |